# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAGNESS, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>BANK OF AMERICA, et al.<br><br>Defendant(s) | Civil Action No. 15-cv-02402 |

## AFFIDAVIT OF SERVICE

I, Arkady "Eric" Rayz, Esquire, hereby certify that true and correct copies of the Summons, Complaint and accompanying documents, if any, in the above-referenced matter were mailed to the following parties, on or about May 29, 2015, via First Class Mail and via simultaneous Certified Mail, Return Receipt Requested (hereinafter "CMRRR"), as evidenced by the transmittal letters and signed receipts from the certified mailings attached hereto.

| | | |
|---|---|---|
| Exhibit "A" | URBAN LENDING SOLUTIONS<br>11802 Ridge Parkway, Suite 200<br>Broomfield, CO 80021 | CMRRR: 6/3/15 |
| | DIALOGUE MARKETING, INC.<br>300 East Big Beaver Road, Suite 400<br>Troy, MI 48083 | CMRRR: 6/4/15 |

**(SIGNATURE ON THE NEXT PAGE)**

_____
Arkady "Eric" Rayz
Attorney(s) for Plaintiff(s)
Kalikhman & Rayz, LLC
1051 County Line Road, Unit "A"
Huntingdon Valley, PA 19006
Phone: (215) 364-5030
Fax: (215) 364-5029
E-mail: erayz@kalraylaw.com

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me by __Eric Rayz__, on the __9th__ day of __June__, 20__15__.

_____
Notary Public
State of __Pennsylvania__

County of __Bucks__

My commission expires: __10/13/18__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAWRENCE KALIKHMAN
Notary Public
SOUTHAMPTON TWP, BUCKS COUNTY
My Commission Expires Oct 13, 2018

2

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Urban Lending Solutions
11802 Ridge Parkway,
Suite 200
Broomfield, CO 80021

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: 6-3

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7014 2120 0002 9034 4173

PS Form 3811

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dialogue Marketing, Inc
300 East Big Beaver Rd
Suite 400
Troy, MI 48083

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Nancy Wheat
C. Date of Delivery: 6-4-15

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7014 2120 0002 9034 4197

PS Form 3811