# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DEVIN MAGNESS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | No. 2:15-cv-2402-SD |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF DEFENDANT DIALOGUE MARKETING, INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Dialogue Marketing, Inc. ("DMI") states that it is a wholly-owned subsidiary of DM Acquisition, Inc., a Michigan corporation, and that there is no publicly held corporation that owns 10% or more of DMI's stock.

July 27, 2015

/s/ Peter Breslauer
Peter Breslauer
MONTGOMERY, MCCRACKEN, WALKER &
 RHOADS LLP
123 South Broad Street, 24th Floor
Philadelphia, PA 19109
Tel: (215) 772-7271
Fax: (215) 731-3733

Fred K. Herrmann (*pro hac vice* to be filed)
Daniel J. Ferris (*pro hac vice* to be filed)
KERR, RUSSELL AND WEBER, PLC
Suite 2500
500 Woodward Avenue
Detroit, MI 48226-3427
Tel: (313) 961-0200
Fax: (313) 961-0388

ATTORNEYS FOR DEFENDANT
DIALOGUE MARKETING, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I filed the foregoing FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF DEFENDANT DIALOGUE MARKETING, INC. using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. This document is available for viewing and downloading via the CM/ECF system.

/s/ Peter Breslauer