IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA DEVIN MAGNESS, | : | CIVIL ACTION |
| individually and on behalf of all others | : | |
| similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., et al. | : | NO. 15-cv-2402 |

ORDER

    AND NOW, this 6th day of February 2017, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter.

                         **KATE BARKMAN,** Clerk of Court

                                  By: /s/ Mia Harvey
                                      Mia Harvey
                                      Civil Deputy to Judge Legrome D. Davis